FILED
2006 Sep-17 PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**FILED**
SEP 15 2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ROSLYN COOK-DEYAMPERT and GENEVA BROWN,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**ALABAMA DEPARTMENT OF TRANSPORTATION; JOE McINNES,** in his official capacity as Director of the Alabama Department of Transportation; and **L. DEE ROWE,** in her official capacity as Division Engineer for the Fifth Division of the Alabama Department of Transportation, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil Action Number<br>7:03-cv-3132-UWC |

## SPECIAL VERDICT

1. Do you find that the Defendants probably denied promotion (s) to the Plaintiff Roslyn Cook-Deyampert because of her race?

   Yes __YES__     No _____

2. Do you find that the Defendants probably denied promotion (s) to the Plaintiff Geneva Brown because of her race?

   Yes __YES__     No _____

3. Do you find that the Defendants probably retaliated against Plaintiff Roslyn Cook-Deyampert because of her engagement in protected activities?

Yes __YES__       No _____

4. Do you find that the Defendants probably retaliated against Plaintiff Geneva Brown because of her engagement in protected activities?

Yes __YES__       No _____

IF YOUR ANSWER TO EACH OF THE FIRST FOUR QUESTIONS IS "NO," DO NO ANSWER ANY OTHER QUESTIONS.

5. What compensatory damages is Plaintiff Roslyn Cook-Deyampert entitled to?

Backpay $ __#488,690.64__

Mental Anguish $ __#50,000.00__

6. What compensatory damages is Plaintiff Geneva Brown entitled to?

Backpay $ __#65,697.65__

Mental Anguish $ __#25,000.00__

SO SAY WE ALL.

__9/15/06__
Date